July 3, 2020

JESSE MENDEZ
TDCJ No. 1560882
JESTER 3 UNIT
3 JESTER Rd.
Richmond, TX.
77406

To: Jason Tyler Bramow,
Attorney of Record for
all belowstated defendants,
Office of the Attorney General
P.o. Box 12548
Austin, TX. 78701

United States Courts
Southern District of Texas
FILED

JUL 13 2020

David J. Bradley, Clerk of Court

Re: Letter Request for Production of
Documents Pursuant to Rule 34
Federal Rules Civil Procedure, in
the Civil Case of JESSE MENDEZ
v. P. CHANG et. al., Case No. 2:18-CV-396,
in the U.S.D.C. for the Southern
District, Corpus Christi Division.


Dear Mr. Jason Tyler Bramow,
    You are the attorney of record for all
of the defendants in the abovestated civil


(pg. 1 of 4)

case, and I, JESSE MENDEZ, Plaintiff and Party serve this <u>letter Request for Production of Documents</u>, Pursuant to rule 34 of the Federal Rules of Civil Procedure, and respectfully request that you and all of the defendants in the abovestated civil case, Produce for inspection and copying all of the following documents listed below, in a reasonable timely Fashion. Please below:

<u>Full and complete Copies of the following:</u>

1. All the medical records for JESSE MENDEZ dating back to 1991 to Present, including all Physician notes, and medical recommendations.

2. All the medical records for JESSE MENDEZ, TDCJ No. 1560882 and 671000 from the time that I was diagnosed with the hepatitis C virus, the year 2001 to Present with all Physician

(pg. 2 of 4)

notes, recommendations and referrals.

3. Photocopy of the ultrasound of my liver and all the Physician notes and comments made by whatever Physician reviewed the ultrasound.

4. Copies of all medical credentials, medical expertises, Medical schooling background for each and every defendant.

5. Copies of all medical grievances filed against any of the defendants, including a summary of the outcome.

6. Copies of all medical reports, Medical Policies, Medical advisories regarding the hepatitis c virus treatment for Texas Department of Criminal Justice (T.D.C.J) inmates rules, regulations and Procedures for hepatitis c treatment for TDCJ inmates.

(PG. 3 of 4)

Respectfully Very Truly
Yours,

cc: U.S.D.C.,          cc: JESSE MENDEZ
  Southern Dist,            #1560882
Corpus Christi Div.      JESTER 3 unit
for the record in the    3 JESTER Rd.
abovestated civil case.  Richmond, Tx,
                             77406

## CERTIFICATE of SERVICE

I, JESSE MENDEZ, Plaintiff, Pro-se do
hereby certify that on 3 day of July
2020, a true, correct and original 4-pg.
letter Request for Production of Documents
Pursuant to rule 34 Fed. R. Civ. Proc. was
delivered to the attorney of record rep-
resenting all of the defendants in the
abovestated civil case via US mail, Mr.
Jason Tyler Bramow, assistant attorney
General, office of the Attorney General P.O.
Box 12548, Austin Tx, 78701.

cc: JESSE MENDEZ
    #1560882
    Plaintiff Pro-se

(pg. 4 of 4)